SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**MEREDITH D.M. BATEMAN, OSB #192273**
Assistant United States Attorney
Meredith.Bateman@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**DAEJON LABRAYAE DELENAR LOVE,**

**Defendant.**

**3:26-cr-00419-IM**

**NOTICE OF APPEARANCE**

Please be advised that Meredith D.M. Bateman, Assistant United States Attorney for the District of Oregon, shall be added as co-counsel in the above-referenced case. Please send notices to AUSA Bateman at Meredith.Bateman@usdoj.gov.

Dated: October 26, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Meredith D.M. Bateman*
MEREDITH D.M. BATEMAN, OSB #192273
Assistant United States Attorney