Ellie Riegel, OSB #221879
Assistant Federal Public Defender
Email: Ellie_Riegel@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAEJON LABRAYAE LOVE,<br><br>Defendant. | Case No. 3:26-cr-00419-IM-1<br><br>FIRST UNOPPOSED MOTION TO CONTINUE TRIAL |

Defendant, Daejon Labrayae Love, through his attorney, Ellie Riegel, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for December 15, 2026, for a period of approximately 119 days, to April 13, 2027, or a date thereafter convenient to the Court. This motion is based on the reasons set forth in the accompanying declaration and is unopposed by the government.

Mr. Love is charged by Indictment with one count of Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349. Mr. Love is currently detained. Additional time is needed for the defense to investigate, review discovery, meet with Mr. Love, and discuss any potential resolution of this matter.

Specifically, the parties request the Court exclude the 140-day period from December 22, 2026, through May 11, 2027, under the Speedy Trial Act. The ends of justice are served by a 119-day continuance of this matter.

Mr. Love understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: November 19, 2026.

*s/ Ellie Riegel*
Ellie Riegel, OSB #221879