Ellie Riegel, OSB #221879
Assistant Federal Public Defender
Email: Ellie_Riegel@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAEJON LABRAYAE LOVE,<br><br>Defendant. | Case No. 3:26-cr-00419-IM-1<br><br>DECLARATION IN SUPPORT OF FIRST UNOPPOSED MOTION TO CONTINUE TRIAL |

I, Ellie Riegel, declare:

1. I am the attorney appointed to represent Daejon Labrayae Love, in the above-entitled case.

2. A jury trial in this case is currently scheduled for December 15, 2026. Mr. Love was arraigned on October 13, 2026. This is Mr. Love's first request for a continuance of the trial date.

3. Mr. Love has received discovery and the defense is conducting investigation in his case, including obtaining information relating to circumstances of the offense and Mr. Love's background. This information relates to pretrial litigation, trial, and sentencing. Mr. Love

therefore respectfully requests that this Court continue his case for a period of approximately 119 days or more to accomplish these tasks.

4. I have discussed with Mr. Love his right to a speedy trial. He agrees to the continuance and knows it will result in excludable delay under the provisions of 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

5. The government, through Assistant United States Attorney Christopher Cardani has no objection to this motion.

6. I make this motion in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on November 19, 2026, in Portland, Oregon.

*s/ Ellie Riegel*
Ellie Riegel, OSB #221879